PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

<u>Rickquille McKinney</u>     Docket No. <u>0101 1:23CR10186</u>

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Rickquille McKinney , who was placed under pretrial release supervision by the <u>Honorable Donald Cabell</u>, on <u>3/11/2024</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Surrender any passport to U.S. Probation and Pretrial Services.
3. Do not obtain a passport or any other travel document while this case is pending.
4. Travel is restricted to the District of Massachusetts and the District of Michigan.
5. Report any contact with law enforcement within 24 hours.
6. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants, unless in the presence of counsel with the exception of Rachel and Riccara McKinney and Teshawnda Knight. Communication amongst these parties is allowable except for any and all communication regarding the investigation and prosecution of this case.
7. Report any contact with law enforcement within 24 hours.
8. Maintain residence and do not move without prior permission of U.S. Probation and Pretrial Services.
9. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
10. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
11. Stay away from Mildred C. Haley Apartments.

       And respectfully seeks action by the Court and for cause as follows:

On 07/19/2024, the defendant's criminal record was run several times by the Amherst Police Department in Amherst, MA. When this Probation Officer followed up with the Amherst Police Department, Officer Satkowski reported that Mr. McKinney was renting an apartment at the Rolling Green Apartments at 422 Belchertown Road #85 in Amherst, MA 01002. Officer Satkowski reported that the Rolling Green leasing office had contacted Amherst Police after Mr.

McKinney's credit card was not able to produce his rent payment. Officer Satkowski also informed this officer that on 07/03/2024, Mr. McKinney's wife, and codefendant in the instant offense, contacted Amherst Police for a reported larceny. Police responded to the home, at which time the defendant's wife reported that she recently moved to the Rolling Green apartment. She filed an incident report stating that a moving company, Dolly, was hired and reported a total value of $11,600 of missing items. The defendant is listed in the incident report as an involved party, victim.

This officer conducted a home visit to Mr. McKinney's reported address of 22 Norcross Street in Arlington on 07/17/2024. Mr. McKinney did not report that he and his family moved and were no longer residing in Arlington.

On 07/23/2024, Mr. McKinney texted this officer that he did move to Amherst, after Amherst Police had requested that he go to the station to speak about the reported incident. Mr. McKinney admitted to this officer that he lived in Amherst from 06/21/2024 – 07/31/2024.

Additionally, Mr. McKinney has tested positive for marijuana on 03/13/2024 and 05/22/2024. On 07/17/2024, the defendant admitted to marijuana use. He declined the need for treatment and advised that he is aware that smoking marijuana is not permitted.

Most recently, Mr. McKinney is reporting another upcoming move to the Framingham or Marlborough area. Mr. McKinney is aware that he needs to inform Probation prior to another move. Despite his failure to inform this officer of his move to Amherst, MA, no action is being requested at this time, because Mr. McKinney appears to understand the need to be honest with Probation and comply with his conditions of release. Should any additional noncompliance arise, the Probation Office will revisit its position and notify the Court.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

- ☐ Issue a warrant.
- ☐ Issue a summons for the defendant to appear for a show cause hearing.
- ☒ Other: No Action

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  8/8/2024               Place: Boston, Massachusetts

/s/Maureen Curran                    Date:  8/9/2024
Maureen Curran
U.S. Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☒ Other:  No Action

Considered and ordered this __9th__ day of __August__, 2024, and ordered filed and made part of the record in the above case.

_____
Donald L. Cabell
US Magistrate Judge

3