UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 1:23-CR-10186-ADB-11

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICKQUILLE MCKINNEY | ) |

**DEFENDANT'S FIRST ASSENTED MOTION TO MODIFY RELEASE CONDITIONS –
<u>TO AMEND CURFEW</u>**

NOW COMES THE Defendant, Rickquille McKinney, and hereby requests this Honorable Court to modify his conditions of his release to amend his curfew which is currently set at 12:00 a.m. to 10:00 a.m., with a new curfew of 12:00 a.m. to 6:00 a.m., as well as to allow (as needed) for Mr. Mckinney to leave the home at 3:30 a.m. for work related purposes.  The request has been addressed with the government (Hoefle) who has deferred to probation, and thereafter (Moriarty) has assented to the request.   The reason for the amendment is as follows:

1) Mr. Mckinney has recently been obligated to take his son to school in the morning in Natick, MA where school starts for the child at 7:30 a.m.; and

2) Mr. Mckinney has also been promoted to the position of Assistant Manager at Dunkin Donuts, which requires him to open up the establishment at least one day a week, which starts at 4:00 a.m.

Mr. Mckinney submits the request is in the interests of justice, which would address the needs to take care of himself and his family while this case is pending.

**RICKQUILLE MCKINNEY**
By his Attorney,

<u>/s/Gordon W. Spencer</u>
Gordon W. Spencer, Esq.
BBO#630488
166 Valley Street, Bldg. 6M
Providence, RI 02909
(401) 922-0167

October 24, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record this 24th day of October, 2024 via electronic transmission.

_____/s/Gordon W. Spencer_____
Gordon W. Spencer