PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

      vs.

Rickquille McKinney                      Docket No. 0101 1:23CR10186

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Rickquille McKinney , who was placed under pretrial release supervision by the Honorable Donald Cabell, on 3/11/2024 under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Surrender any passport to U.S. Probation and Pretrial Services.
3. Do not obtain a passport or any other travel document while this case is pending.
4. Travel is restricted to the District of Massachusetts and the District of Michigan.
5. Report any contact with law enforcement within 24 hours.
6. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants, unless in the presence of counsel with the exception of Rachel and Riccara McKinney and Teshawnda Knight. Communication amongst these parties is allowable except for any and all communication regarding the investigation and prosecution of this case.
7. Report any contact with law enforcement within 24 hours.
8. Maintain residence and do not move without prior permission of U.S. Probation and Pretrial Services.
9. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
10. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant is using a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
11. Stay away from Mildred C. Haley Apartments.

                 And respectfully seeks action by the Court and for cause as follows:

On August 9, 2024, the Pretrial Services Office notified the Court via a Petition for Action on Conditions of Pretrial Release of the defendant's failure to notify the Pretrial Services Office of change in residence, and of two drug tests which tested positive for the use of marijuana. The Pretrial Services Office recommended no Court action at that time, and the Court concurred.

On September 12, 2024, the Pretrial Services Office amended the original petition to notify the Court that the defendant incurred new charges of Larceny Over $1,200 by False Pretense and Identity Fraud. It is alleged that the defendant was paying his rent at his prior residence with a stolen credit card. The Pretrial Services Office requested a summons for a Show Cause hearing on the alleged violations and the Court concurred.

On October 4, 2024, Mr. McKinney appeared before the Honorable Donald L. Cabell for a Show Cause hearing on the above-noted violations, during which, the government and the Pretrial Services Office requested detention. The Honorable Donald L. Cabell allowed Mr. McKinney one more opportunity to succeed under bail supervision and continued him on bail supervision with the following additional conditions: curfew with location monitoring, continue to seek employment, participate in a dual diagnosis evaluation, and participate in any recommended follow-up treatment.

At this time the Pretrial Services Office wishes to notify the Court of additional non-compliance of Mr. McKinney's conditions of bail. The Pretrial Services Office referred Mr. McKinney for a dual diagnosis evaluation, which he was able to participate in and complete. Additional treatment was recommended, and the treatment provider established a follow-up treatment schedule with Mr. McKinney. The Pretrial Services Officer verified with Mr. McKinney on two occasions that he was ready and prepared to attend his first session, which was scheduled for Wednesday, December 11, 2024 at 1:00PM.

On Thursday, December 12, 2024, the mental health treatment provider notified the Pretrial Services Officer that Mr. McKinney was a no-show for their scheduled session. The treatment provider was able to make contact with Mr. McKinney as to the no-show, and Mr. McKinney informed the provider that he was distracted by child care and forgot about his appointment.

A review of GPS mapping during the day and time of his scheduled mental health treatment session revealed that Mr. McKinney was at the MGM Casino in Springfield, MA, during most of his treatment session time.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

- ☐ Issue a warrant.
- ☒ Issue a summons for the defendant to appear for a show cause hearing.
- ☐ Other: No Action

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  12/13/2024         Place: Worcester, Massachusetts

/s/ *Erin Hennemann*              Date:  12/13/2024
Erin Hennemann
Sr. U.S. Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

_____
Judicial Officer