AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 1:23-cr-10186-ADB |
| Rickquille McKinney | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☑ Order of Court

| Place: | UNITED STATES DISTRICT COURT<br>1 Courthouse Way<br>Boston, MA | Courtroom No.: 23, 7th Floor |
| --- | --- | --- |
|  |  | Date and Time: 01/14/2025 11:15 am |

This offense is briefly described as follows:
Violation(s) of Conditions of Bail

Date: 01/08/2025

/s/ Noreen A. Russo
*Issuing officer's signature*

Noreen A Russo, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

❏ Executed and returned this summons        ❏ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*