UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 1:23-CR-10186-ADB-11

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| RICKQUILLE MCKINNEY | ) |

**DEFENDANT'S ASSENTED MOTION TO CONTINUE SHOW CAUSE HEARING**

NOW COMES THE Defendant, Rickquille McKinney, and hereby requests this Honorable Court to continue his show cause hearing presently scheduled for January 14th at 11:15 am. The undersigned has a previously scheduled conflict in state court. The parties have conferred and all are available (including this Court) on January 22, 2025 at 3:30 p.m. This request has no objection.

RICKQUILLE MCKINNEY
By his Attorney,

/s/Gordon W. Spencer
Gordon W. Spencer, Esq.
BBO#630488
166 Valley Street, Bldg. 6M
Providence, RI 02909
January 10, 2025                                   (401) 922-0167

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all relevant parties of record this 10th day of January, 2025 via electronic transmission.

_____/s/Gordon W. Spencer_____
Gordon W. Spencer