## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### File Number 1:23-CR-10186-ADB-11

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| **RICKQUILLE MCKINNEY** | ) |
|  | ) |

### STATUS REPORT ON BEHALF OF THE DEFENDANT

Pursuant to the Court's order of August 13, 2025, NOW COMES the Defendant, Mr. Rickquille McKinney ("McKinney") to provide this Court with a status update detailing whether McKinney needs more time before answering ready for a pre-trial conference in October. To perhaps lighten this Court's load in the reading of a series of status reports, McKinney can say succinctly that he believes he would be answer ready for a pre-trial conference in *late* October.

### STATUS OF DISCOVERY

As foretold, Mckinney is charged with conducting the affairs of a criminal enterprise (the Heath Street Gang) through a pattern of racketeering activity. It would appear that McKinney is *alleged* to have committed the offenses of at least: "wire fraud" and perhaps "interference with commerce by threats" as alleged predicate acts. To this end, it is further alleged that suspected fraudulent CARES Act unemployment claims were submitted through a company owned by McKinney – Married to the Mop". While McKinney has received some evidence of these claims, there is more still outstanding evidence which would amount to the alleged monetary amount alleged to be attributed to McKinney - $543,195.00. The undersigned has made this request of the government and it is reported that this evidence will be provided in short order.

Further, as this Court is aware, McKinney has recently been ordered into custody due to alleged violations of his pre-trial release. McKinney has not yet expressed any concerns with the lack of discovery while he has been in custody, but the undersigned anticipates an objection shall come soon based upon the outstanding discovery outlined above.

**PLEA NEGOTATIONS**

The government submitted a proposed plea agreement and the undersigned has requested a conference with the government to discuss its' terms to see if there is room for negotiation. Those discussions should also be concluded in short order.

**WHEREFORE** – McKinney reports that he should be ready to go up to the District Court in late October.[1]

RICKQUILLE MCKINNEY
By his Attorney,

/s/Gordon W. Spencer___
Gordon W. Spencer, Esq.
BBO#630488
166 Valley Street, Bldg. 6M
Providence, RI 02909
(401) 922-0167

September 18, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all counsel of record this 18th day of September, 2025 via electronic transmission.



/s/Gordon W. Spencer
Gordon W. Spencer

---

[1] The undersigned is scheduled for trial in State Court (Murder) slated for September 29, 2025 – scheduled duration for approximately 2 weeks.

2