

To whom it may concern,

I am writing to follow up on our prior letter regarding Mr. Rickquille McKinney and his interest in attending treatment at Relief upon release from custody.

Since our initial correspondence, Relief has completed a pre-assessment with Mr. McKinney and verified his insurance coverage. Based on this review, we have determined that Mr. McKinney is clinically and financially eligible to attend our program once he is released. While we cannot guarantee that he will present for services, Relief is prepared to accept him into treatment immediately upon his release, pending completion of standard intake procedures.

As previously shared, Relief is a licensed and Joint Commission–accredited program specializing in substance use and co-occurring mental health disorders. We believe that participation in our structured program can provide Mr. McKinney with the therapeutic services, accountability, and support necessary to aid his recovery and reduce the likelihood of recidivism.

We remain available to assist with any questions the Court may have regarding our services. Please feel free to contact us at (617) 693-5425 if additional information is required.

Respectfully,

Toby Lineaweaver, LMHC

90 Sherman Street Cambridge, MA 02140 | 617-693-5425