UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 1:23-CR-10186-ADB-11

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **RICKQUILLE MCKINNEY** | ) |
| | ) |

**DEFENDANT'S MOTION FOR DETERMINATION OF PAPER #420**

NOW COMES THE Defendant, Rickquille McKinney ("McKinney") and, who has requested the undersigned to request of this Court – pursuant to 18 U.S.C. sec. 3145(b) for "determination" of paper #420 – which is McKinney's Motion to Amend the Detention Order. This motion requests this Court to consider releasing McKinney prior to trial – but with more *stricter* conditions.[1]

Pursuant to the relevant statute, it reads (in part) as follows:

> "If a person is ordered detained by a magistrate judge . . . the person may file, with the court. . . a motion for revocation of the order. The motion shall be determined promptly".

Mr. McKinney filed his motion on October 1st, and waited 14 days for the government to respond with any written objection and argument. None was filed. Mr. McKinney seeks treatment at "Relief", and was hoping the Court could take the issue up for consideration and rule on whether intensive outpatient treatment would be a fair and proactive measure to allow him to participate in. Once again this is a 30+ hour a week program, and where it would be court ordered, it will put Mr. McKinney to the test – one which he wants to take to prove to this Court

---

[1] This would include that he be ordered to attend an Intensive Outpatient Program ("IOP") at a facility called: "Relief".

1

that any condition ordered can be abided by.

    Mr. McKinney prays the Court's judgment.

|  |  |
|---|---|
|  | **RICKQUILLE MCKINNEY**<br>By his Attorney,<br><br>**/s/Gordon W. Spencer**<br>Gordon W. Spencer, Esq.<br>BBO#630488<br>166 Valley Street, Bldg. 6M<br>Providence, RI 02909 |
| October 24, 2025 | (401) 922-0167 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record this 24st day of October, 2025 via electronic transmission.

              /s/Gordon W. Spencer
               Gordon W. Spencer