UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 23cr10186-ADB |
| ) | |
| RICKQUILLE MCKINNEY, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE RE MOTION FOR RELEASE

Defendant McKinney seeks to be released from the detention to seek intensive outpatient drug treatment. Given the circumstances set forth in Defendant's motion, including his expressed desire to seek treatment for a drug abuse issue, the Government does not oppose such a release subject to appropriate release terms to be determined by the Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: November 20, 2025

By: /s/ Michael Crowley
MICHAEL CROWLEY
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

      I, Michael Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Michael Crowley*
                                                  MICHAEL CROWLEY
                                                  Assistant U.S. Attorney